IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-00079-REB-KLM

ETHEL WHITE DJIGMA,

    Plaintiff,

v.

MRS. HILLARY S., Medical Provider,
MRS. LT. LAWRENCE, Intake Officer D.R.C.D., and
MRS. RAE RICE, "Head" of Medical Staff,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

    The matter before me is the **Recommendation of United States Magistrate Judge** [#35], filed September 12, 2008. No objections having been filed to the recommendation, I review it only for plain error. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Recommendation of United States Magistrate Judge** [#35], filed September 12, 2008, is **APPROVED AND ADOPTED** as an order of this court;

    2. That **Defendants' Motion To Dismiss Tort Claims** [#14], filed May 5, 2008, is **GRANTED**; and

3.  That Claim Two, alleging negligence, and Claim III of the Complaint, alleging interference with medical care, of plaintiff's **Complaint** [#3], filed January 14, 2008, are **DISMISSED WITH PREJUDICE**.

Dated September 29, 2008, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
**Robert E. Blackburn
United States District Judge**