**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-00079-REB-KLM

ETHEL WHITE DJIGMA,

     Plaintiff,

v.

MRS. HILLARY S., Medical Provider,
MRS. LT. LAWRENCE, Intake Officer D.R.C.D., and
MRS. RAE RICE, "Head" of Medical Staff,

     Defendants.

---

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

     The matter before me is the **Recommendation of United States Magistrate Judge** [#36], filed September 17, 2008. No objections having been filed to the recommendation, I review it only for plain error. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted. In addition, all claims having now been dismissed, ***see* Order Adopting Recommendation of United States Magistrate Judge** [#37], filed September 30, 2008 (dismissing plaintiff's Claims Two and Three), I find and conclude that judgment should now enter against plaintiff on all claims for relief and causes of action.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#36], filed September 17, 2008, is **APPROVED AND ADOPTED** as an order of this court;

2. That **Defendants' Motion For Summary Judgment** [#16], filed May 5, 2008, is **GRANTED**;

3. That Claim One of plaintiff's **Complaint** [#3] filed January 14, 2008, alleging inadequate medical care in violation of the Eighth Amendment, is **DISMISSED WITH PREJUDICE**;

4. That judgment **SHALL ENTER** for defendants, Mrs. Hillary S., Medical Provider [misnamed in the caption; actually Hillary Victoroff], Mrs. Lt. Lawrence, intake officer D.R.D.C. [actually Susan Lawrence], and Mrs. Rae Rice, head of medical staff, against plaintiff, Ethel White Djigma, on all claims for relief and causes of action, as a result of the dismissal of Claim One of the Complaint by this order, and the dismissal of Claim Two and Claim Three of the Complaint by my **Order Adopting Recommendation of United States Magistrate Judge** [#37] entered September 30, 2008;

5. That the Trial Preparation Conference, currently scheduled for Friday, March 20, 2009, at 9:00 a.m., as well as the trial, currently scheduled to commence on Monday, April 6, 2009, at 8:30 a.m., are **VACATED**;

6. That defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

7. That this case is **CLOSED**.

Dated October 31, 2008, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
**Robert E. Blackburn**
**United States District Judge**